**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

**GARY BRANCH,**

   **Plaintiff,**

**v.**                                                     **Case No.:  8:26-CV-1557-KKM-AAS**

**LVNV FUNDING, LLC,**
**RESURGENT CAPITAL**
**SERVICES, LP, and**
**CREDIT CONTROL, LLC,**

   **Defendants.**
_____/

## <u>ORDER</u>

Plaintiff Gary Branch, proceeding pro se, moves for entry of a clerk's default against Defendants LVNV Funding, LLC and Resurgent Capital Services, L.P. (collectively, the defendants). (Doc. 15). Under Federal Rule of Civil Procedure 55(a), when a defendant fails to "plead or otherwise defend, and that failure is shown by affidavit or otherwise, the clerk must enter the party's default." Fed. R. Civ. P. 55(a). The defendants responded to Mr. Gary's amended complaint by filing a motion for extension of time to file an answer, with the proposed answer attached thereto. (Doc. 20). Accordingly, Mr. Branch's motion for a clerk's default is **DENIED**.

1

**ORDERED** in Tampa, Florida, on July 10, 2026.

AMANDA ARNOLD SANSONE
United States Magistrate Judge